UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY R. GRUBBS,<br><br>  Plaintiff,<br><br>  v.<br><br>SACRAMENTO COUNTY JAIL, et al.,<br><br>  Defendants. | Case No. 20-cv-01687-DMR (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. 1.  He has also filed a motion for leave to proceed *in forma pauperis* ("IFP").  Dkt. 2.  In addition, he has filed a document entitled, "John Doe, for Sheriff [of] Sacramento County Jail[,] Actual Name Is Scott Jones[,] Same for Medical Dept[.] John Doe, Actual Name Is Dr. Sun," which is construed as a request for judicial notice to name the Doe Defendants. Dkt. 5.

Plaintiff has consented to magistrate judge jurisdiction, and this matter has been assigned to the undersigned Magistrate Judge.  Dkts. 3, 4.

The acts complained of occurred at the Sacramento County Jail in Sacramento County, which is located in the Eastern District of California, and it appears that Defendants reside in that district.  Venue, therefore, properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[1]  The Clerk of the Court shall transfer the case forthwith.

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

1    All pending motions, including Plaintiff's aforementioned IFP motion and request for
2  judicial notice to name the Doe Defendants (dkts. 2, 5), are TERMINATED on this court's docket
3  as no longer pending in this district.
4    IT IS SO ORDERED.
5  Dated:  June 5, 2020

_____
DONNA M. RYU
United States Magistrate Judge